UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE MOLINA,

      Plaintiff,

v.                                            Case No. 8:07-cv-1485-T-24 MSS

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

      Defendant.
_____/

**ORDER**

      This cause comes before the Court on Plaintiff's Response to this Court's Order to Show Cause (Doc. No. 8). On March 10, 2008, this Court entered an Order to Show Cause directing Plaintiff to show cause as to why this case should not be dismissed for failure to perfect service within 120 days after filing the complaint (Doc. No. 6). On March 14, 2008, Plaintiff filed the instant response, requesting a short extension of time in which to perfect service. Upon consideration, the Court will grant this request. Plaintiff shall serve Defendant, and file proof of such service, on or before March 24, 2008. Failure to serve Defendant and file proof of such service within this time frame shall result in this action being dismissed without further notice.

      **DONE AND ORDERED** at Tampa, Florida, this 17th day of March, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record