UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE MOLINA,

       Plaintiff,

v.                                                Case No.: 8:07-cv-01485-T-24-TEM

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER ADOPTING**
**REPORT & RECOMMENDATION**

       This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation of Plaintiff Denise Molina's motion for attorney's fees under the Equal Access to Justice Act. (Docs. 31, 29.) The Commissioner of Social Security opposed Molina's motion. (Doc. 30.)

       On July 19, 2010, Magistrate Judge Thomas E. Morris filed his Report and Recommendation, recommending that the Court deny Molina's motion for attorney's fees. The Magistrate Judge recommended that the motion be denied because the Commissioner of Social Security was substantially justified in his position to defend the case. (Doc. 31.)

       All parties received copies of the Report and Recommendation on July 19, 2010, and had the opportunity to file objections within 14 days, pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Twenty-one days have passed, and no objections have been filed. Upon consideration of the Report and Recommendation, and upon this Court's independent

examination of the file, it is determined that the Report and Recommendation should be adopted.

Therefore, it is now **ORDERED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. 31) is adopted and incorporated by reference in this Order of the Court.

(2) The motion for attorney's fees (Doc. 29) is **DENIED**.

**IT IS SO ORDERED.**

*Done on August 9, 2010.*

SUSAN C. BUCKLEW
United States District Judge